**Judgment**

PER CURIAM:

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**TRITEK TECHNOLOGIES, INC.,**
Plaintiff–Appellant,

v.

**UNITED STATES, Defendant–Appellee,**

and

**Northrop Grumman Corporation, Third Party Defendant–Appellee,**

and

**Seimens Dematic Corporation (now known as Siemens Energy & Automation, Inc.), Third–Party Defendant–Appellee.**

No. 2006–5014.

United States Court of Appeals, Federal Circuit.

Nov. 13, 2006.

Before MAYER, BRYSON, and LINN, Circuit Judges.